1 Richard J. Bauer, Jr., Esq.
CA Bar No. 147314
2 MILES, BAUER, BERGSTROM & WINTERS, LLP
1665 Scenic Avenue, Suite 200
3 Costa Mesa, CA 92626
(714) 481-9100 / FAX (714) 481-9144
4 File No. 08-60179

5 Attorneys for Movant,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS")
6

7 UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
8 RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No.: 6:07-18859-PC |
| TROY JOHN ANGOLD AND CATHERINE ELAINE ANGOLD, | Chapter 7 |
| Debtors. | **NOTICE OF WITHDRAWAL OF SECURED CREDITOR'S MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), | **Hearing –** Date: March 6, 2008 |
| Movant, | Time: 09:30 A.M. Place: 3420 Twelfth Street |
| vs. | Riverside, CA 92501 Courtroom 303 |
| TROY JOHN ANGOLD AND CATHERINE ELAINE ANGOLD, Debtors; CHRISTOPHER R. BARCLAY, Trustee, | |
| Respondents. | |

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), Movant in the above-entitled Bankruptcy proceeding hereby withdraws its Motion for Relief from Automatic Stay filed with the Court on February 5, 2008.

                                        MILES, BAUER, BERGSTROM & WINTERS, LLP

Dated: 03-05-08        By:  /s/ Richard J. Bauer, Jr., Esq.
                                                  Richard J. Bauer, Jr., Esq.
                                                  Attorney for Movant

1

## PROOF OF SERVICE

I, ____Miho Ishida____, certify that I am a resident of Orange County, I am over the age of eighteen (18) and not a party to the within action, and that my business address is: 1665 Scenic Avenue, Suite 200, Costa Mesa, CA 92626.

On ____03-05-08____, I served the within **NOTICE OF WITHDRAWAL OF SECURED CREDITOR'S MOTION FOR RELIEF FROM AUTOMATIC STAY** on all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail at Costa Mesa, California, addressed as follows:

| DEBTORS: | ATTORNEY FOR DEBTORS: |
|---|---|
| Troy John Angold | Michael R. Totaro |
| Catherine Elaine Angold | Totaro & Shanahan |
| POB 293586 | POB 789 |
| Phelan, CA 92323 | Pacific Palisades, CA 90272 |

CHAPTER 7 TRUSTEE:
Christopher R. Barclay
P.O. Box 26099
Santa Ana, CA 92799

U.S. TRUSTEE:
3685 Main Street, Suite 300
Riverside, CA 92501

I certify that I am employed in the Office of a Member of the Bar at whose direction the Service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ____03-05-08____, at Costa Mesa, California.

/s/ Miho Ishida

08-60179

3