B18 (Official Form 18)
(12/07)

# United States Bankruptcy Court
# Central District Of California

3420 Twelfth Street, Riverside, CA 92501−3819

# DISCHARGE OF DEBTOR

| | | |
|---|---|---|
| **DEBTOR(S) INFORMATION*:**<br>Troy John Angold | **Joint Debtor:**<br>Catherine Elaine Angold | **BANKRUPTCY NO.**<br>6:07−bk−18859−PC |
| **Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−0901 | **Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−2770 | **CHAPTER** 7 |
| **Employer Tax−Identification (EIN) No(s).(if any):** N/A | N/A | |
| **Address:**<br>POB 293586<br>Phelan, CA 92323 | | |

   It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT,

Dated: April 15, 2008

**Jon D. Ceretto**
Clerk of the Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

_____

*\* Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social−security numbers or individual taxpayer−identification numbers.*

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts That are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes;
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift savings Plan for federal employees for certain types of loads form these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.

**BAE SYSTEMS**

Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0973-6          User: testradaC              Page 1 of 2              Date Rcvd: Apr 15, 2008
Case: 07-18859                Form ID: b18                 Total Served: 35
```

The following entities were served by first class mail on Apr 17, 2008.
```
db           +Troy John Angold,   POB 293586,    Phelan, CA 92329-3586
jdb          +Catherine Elaine Angold,   POB 293586,    Phelan, CA 92329-3586
aty          +Keith D Uecker,    GMAC,   POB 130424,    Roseville, MN 55113-0004
aty          +Mark Domeyer,    Miles Bauer Bergstrom & Winters,    1665 Scenic Avenue, Suite 200,
               Costa Mesa, CA 92626-1441
aty          +Michael R Totaro,    Totaro & Shanahan,    POB 789,   Pacific Palisades, CA 90272-0789
aty          +Richard J Bauer, Jr,    Miles, Bauer, Bergstrom & Winters L,   1665 Scenic Avenue, Suite 200,
               Costa Mesa, CA 92626-1441
tr           +Christopher R Barclay,    PO Box 26099,    Santa Ana, CA 92799-6099
smg           Employment Development Dept.,    Bankruptcy Group MIC 92E,    P.O. Box 826880,
               Sacramento, CA  94280-0001
ust          +United States Trustee (RS),    3685 Main Street, Suite 300,   Riverside, CA 92501-2804
cr           +GMAC,    POB  130424,    ROSEVILLE, MN 55113-0004
cr           +Mortgage Electronic Registration Systems, Inc. ("M,   1665 Scenic Avenue Suite 200,
               Costa Mesa, CA 92626-1441
19775658     +AMERICAN GENERAL FINANCIAL,    P.O. BOX 3121,    EVANSVILLE, IN 47731-3121
19775659     +AOL,    P.O. BOX 60018,    TAMPA, FL 33660-0018
19775660     +ARROWHEAD CREDIT UNION,    P.O. BOX 735,    SAN BERNARDINO, CA 92402-0735
19775661     +BEVERLY W. QUINN,    10565 CIVIC CENTER DR. #128,    RANCHO CUCAMONGA, CA 91730-3834
19775663     +CENTRAL COLLECTION,    157 W. 5TH ST. 3RD FL,    SAN BERNARDINO, CA 92415-1012
19775664     +CENTRAL COLLECTIONS,    157 W. 5TH ST. 3RD FL,    SAN BERNARDINO, CA 92415-1012
19775667      GEMONEY BANK,    ATTN. BANKRUPTCY DEPT.,   P.O. BOX 960061,    ORLANDO, FL 32809
19775668      GMAC,    P.O. 12699,    GLENDALE, AZ 85318-2699
19775671     +JOHN & DORIS TRANCHINA,    P.O. BOX 293586,    PHELAN, CA 92329-3586
19775672     +MARC ANDREWS,    WELLS FARGO & CO.,    21680 GATEWAY CENTER DR. #280,   DIAMOND BAR, CA 91765-2456
19775674     +NUVELL CREDIT CORPORATION,    P.O. BOX 2365,    MEMPHIS, TN 38101-2365
19801473      Nuvell Credit Company LLC,    POB 130156,    Roseville, MN 55113-0002
19775675     +PALISADES COLLECTION LLC,    210 SYLVAN AVE.,    ENGLEWOOD, NJ 07632-2524
19775676     +RAYMOND KING,    KING & ASSOC.,    140 NEWPORT CENTER DR. #250,    NEWPORT BEACH, CA 92660-6977
19775677      SALLIE MAE SERVICING,    P.O. BOX 9500,    WILKES BARRE, PA 18773-9500
19775678     +ST MARY MEDICAL CENTER,    18300 HWY 18,    P.O. BOX 7025,    APPLE VALLEY, CA 92307-0731
19775680     +WA MU,    ATTN. BANKRUPTCY DEPT.,    P.O. BOX 99604,    ARLINGTON, TX 76096-9604
```

The following entities were served by electronic transmission on Apr 16, 2008.
```
aty          +E-mail/Text: mtotaro@aol.com                           Michael R Totaro,    Totaro & Shanahan,
               POB 789,    Pacific Palisades, CA 90272-0789
tr           +EDI: QCRBARCLAY.COM Apr 16 2008 06:54:00      Christopher R Barclay,    PO Box 26099,
               Santa Ana, CA 92799-6099
smg           EDI: CALTAX.COM Apr 16 2008 06:55:00      Franchise Tax Board,    ATTN: Bankruptcy,   P.O. Box 2952,
               Sacramento, CA  95812-2952
19775662     +EDI: CAPITALONE.COM Apr 16 2008 06:54:00      CAPITAL ONE SERVICES,    P.O. BOX 85167,
               RICHMOND, VA 23285-5167
19775665     +EDI: COUNTRYWIDE.COM Apr 16 2008 06:54:00      COUNTRYWIDE HOME LOANS,    450 AMERICAN ST.,
               SIMI VALLEY, CA 93065-6285
19775669     +EDI: HFC.COM Apr 16 2008 06:54:00      HFC,    P.O. BOX 8633,    ELMHURST, IL 60126-8633
19775670     +EDI: HFC.COM Apr 16 2008 06:54:00      HSBC,    BANKRUPTCY DEPT.,    P.O. BOX 5213,
               CAROL STREAM, IL 60197-5213
19775673     +EDI: RMSC.COM Apr 16 2008 06:54:00      MWARD/MBGA,    P.O. BOX 103051,    ROSEWELL, GA 30076-9051
19775675     +EDI: ASTAFUND.COM Apr 16 2008 06:54:00      PALISADES COLLECTION LLC,    210 SYLVAN AVE.,
               ENGLEWOOD, NJ 07632-2524
19775679     +EDI: AFNIVERIZON.COM Apr 16 2008 06:54:00      VERIZON,    P.O. BOX 11328,
               ST. PETERSBURG, FL 33733-1328
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19775666*    +COUNTRYWIDE HOME LOANS,    450 AMERICAN ST.,    SIMI VALLEY, CA 93065-6285
                                                                                             TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

         ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 17, 2008**                    **Signature:**     *Joseph Speetjens*