Michael R. Totaro 102229
Totaro & Shanahan
P.O. Box 789
Pacific Palisades, CA 90272
310 573 0276 (v)
310 496 1260 (f)

Attorneys For Debtors
Troy & Catherine Angold

IN THE UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>TROY JOHN ANGOLD and<br>CATHERINE ELAINE ANGOLD<br><br>Debtor. | Case No. 6:07-BK-18859-PC<br><br>Chapter 7<br><br>AMENDED PROOF OF SERVICE FOR NOTICE OF MOTION AND MOTION FOR ORDER REQUIRING HFC-BENEFICIAL, HSBC FINANCE CORPORATION, MICHAEL WHALEN AND TIFFANY RIDDICK TO APPEAR AND SHOW CAUSE WHY THEY SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATING 11 U.S.C. § 362 (A)(3)(6); MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATIONS OF MICHAEL R. TOTARO, TROY ANGOLD AND CATHERINE ANGOLD IN SUPPORT THEREOF<br><br>[Bankruptcy Rule 9014, 9020;<br>Local Bankruptcy Rule 9020-1]<br><br>Date: NO HEARING SCHEDULED<br>Time:<br>Ctrm: 303 |

# **PROOF OF SERVICE**

II. BY MAIL:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is P.O. Box 789, Pacific Palisades, CA 90272.

On April 28, 2008 I served the foregoing document described as a Notice Of Motion And Motion For Order Requiring Hfc/Beneficial, Hsbc Finance Corporation To Appear And Show Cause Why They Should Not Be Held In Contempt For Violation Of 11 U.S.C. § 362(A)(3)(6) on Interested Parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope with fully prepaid postage thereon, in the United States mail at Los Angeles, California, addressed as follows:

United States Trustee
Attn. Elizabeth A. Lossing
3685 Main St. #3300
Riverside, CA 92501

Marc T. Domeyer
Miles, Bauer, Bergstrom etc.
1665 Scenic Ave. #200
Costa Mesa, CA 92626

HSBC
Attn: Bankruptcy Department
PO Box 5213
Carol Stream, IL 60197

HFC-Beneficial (Certified Mail)
P.O. Box 8633
Elmhurst, IL 60197

Mr. Christopher R. Barclay
600 Anton Blvd., #1350
Costa Mesa, CA 92626

Mr. Troy J. Angold
Ms. Catherine E. Angold
P.O. Box 293586
Phelan, CA 92323

HFC-Beneficial
841 Seahawk Circle
Virginia Beach, CA 93452

HFC-Beneficial (Certified Mail)
941 Corporate Center Dr.
Pomona, CA 91768

HFC-Beneficial (Certified Mail)
Attn. Research
P.O. Box 60108
City of Industry, CA 91716

CT Corporation Systems
Agent for Service for
HFC & HSBC
818 West Seventh St.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed on April 26, 2008, at Los Angeles, California.

15