Michael R. Totaro 102229
Totaro & Shanahan
P.O. Box 789
Pacific Palisades, CA 90272
310 573 0276 (v)
310 496 1260 (f)

Attorneys For Debtors
Troy & Catherine Angold

IN THE UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

In re

TROY JOHN ANGOLD and
CATHERINE ELAINE ANGOLD

Debtor.

Case No. 6:07-BK-18859-PC

Chapter 7

WITHDRAWAL OF DOCUMENT FOR INCORRECT EVENT CODE

Date:
Or          NO HEARING SCHEDULED
Time:
Ctrm: 303

Debtors, Troy and Catherine Angold, hereby withdraw document number 21 which was improperly filed under the wrong event code.

Dated: May 13, 2008

Totaro & Shanahan

By: _____
Michael R. Totaro
Attorneys for Debtors