Michael R. Totaro 102229
Totaro & Shanahan
P.O. Box 789
Pacific Palisades, CA 90272
310 573 0276 (v)
310 496 1260 (f)

Attorneys For Debtors
Troy & Catherine Angold



FILED & ENTERED

MAY 19 2008

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jeanmari DEPUTY CLERK

# IN THE UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| In re | ) | Case No. 6:07-BK-18859-PC |
|---|---|---|
| TROY JOHN ANGOLD and CATHERINE ELAINE ANGOLD | ) ) ) | Chapter 7 |
| Debtor. | ) ) ) ) | ORDER TO SHOW CAUSE RE CONTEMPT |
|  | ) ) ) | Date: Time: Ctrm: |
| . | ) | |

_____

**HFC-BENEFICIAL and HSBC FINANCE CORPORATION,** are **HEREBY ORDERED** to appear on **June 18, 2008 at 10:30 a.m.** in Courtroom 303 of the above-entitled Court located at 3420 Twelfth St. Riverside, CA 92501, to show cause:

1) Why they should not be held in contempt of Court for violating 11 U.S.C. § 362, subdivision (a)(3);

2) Why they should not be held in contempt of Court for violating 11 U.S.C. § 362, subdivision (a)(6);

3) Why sanctions in an amount necessary to compensate Troy Angold and Catherine Angold should not be entered against them jointly and severally, according to proof but in the approximate amount of $500.00 per violation in general damages, $5,000 in punitive damages and attorneys fees according to proof.

A written response should be filed with the court and served by fax or email not later than **June 4, 2008**. Any reply papers should be filed with the court and served by fax or email no later than **June 11, 2008**.

FAILURE OF HFC-BENIFICIAL and HSBC FINANCE CORPORATION, TO APPEAR AT THE HEARING MAY RESULT IN THE COURT FINDING THEM IN CONTEMPT.

# # #

DATED: May 19, 2008

United States Bankruptcy Judge

SERVICE LIST FOR ENTERED
ORDER

Mr. Troy J. Angold
Ms. Catherine E. Angold
P.O. Box 293586
Phelan, CA  92323

Totaro & Shanahan
Attorneys at Law
P. O. Box 789
Pacific Palisades, CA  90272

Mr. Christopher R. Barclay
600 Anton Blvd., #1350
Costa Mesa, CA  92626

United States Trustee
Attn: Elizabeth A. Lossing
3685 Main Street, Suite 300
Riverside, CA  92501

HFC-Beneficial
841 Seahawk Circle
Virginia Beach, CA  93452

HFC-Beneficial
941 Corporate Center Dr.
Pomona, CA  91768

HFC-Beneficial
Attn: Research
P.O. Box 60108
City of Industry, CA  91716

HSBC
Attn: Bankruptcy Department
P.O. Box 5213
Carol Stream, IL  60197

HFC-Beneficial
P.O. Box 8633
Elmhurst, IL  60197

CT Corporation Systems
Agent for Service of Process for
HFC and HSBC
818 W. Seventh St.
Los Angeles, CA  90017

Marc T. Domeyer
Miles, Bauer, Bergstrom, etc.
1665 Scenic Ave., #200
Costa Mesa, CA  92626