UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA


FILED
JUN 18 2008
CLERK U S BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
By_____ Deputy Clerk

10

BANKRUPTCY MINUTES - CHAPTER 7 MOTIONS

CASE NO. RS07-18859 PC                    DATE 06/18/08
CHAPTER 7

TITLE TROY JOHN ANGOLD AND CATHERINE ELAINE ANGOLD

HRG. ON ORDER TO SHOW CAUSE RE CONTEMPT

Hon. Peter H. Carroll, Bankruptcy Judge

Attorney(s) for Moving Party          Attorney(s) for Responding Party
Michael Jotaro                        None

( ) **Granted**

  ( ) Tentative / Final Ruling is the final order of the Court.

  ( ) Based on findings of fact and conclusions of law made on the record.

( ) **Denied**

  ( ) Tentative / Final Ruling is the final order of the Court.

  ( ) Based on findings of fact and conclusions of law made on the record.

( ) **Stipulation.** Stipulation by the parties with respect to the relief sought to be filed with the court within 7 days.

(X) **Continuance.** Hearing on the motion is continued to July 23, 2008, at 9:30 (a.m.)/p.m.

( ) **Off Calendar.**

(X) **Other.** Pending service of motion, order & notice of continued hearing pursuant to FRBP 7004(b)(3)