Michael R. Totaro 102229
Totaro & Shanahan
P.O. Box 789
Pacific Palisades, CA 90272
310 573 0276 (v)
310 496 1260 (f)

Attorneys For Debtors
Troy & Catherine Angold

IN THE UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| In re | Case No. 6:07-BK-18859-PC |
|---|---|
| TROY JOHN ANGOLD and CATHERINE ELAINE ANGOLD | Chapter 7 |
| Debtor. | AMENDED PROOF OF SERVICE FOR NOTICE OF MOTION AND MOTION FOR ORDER REQUIRING HFC-BENEFICIAL, HSBC FINANCE CORPORATION, TO APPEAR AND SHOW CAUSE WHY THEY SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATING 11 U.S.C. § 362 (A)(3)(6); MEMORAN-DUM OF POINTS AND AUTHORITIES AND DECLARATIONS OF MICHAEL R. TOTARO, TROY ANGOLD AND CATHERINE ANGOLD IN SUPPORT THEREOF AND FOR |
| | ORDER TO SHOW CAUSE RE CONTEMPT. |
| | [Bankruptcy Rule 9014, 9020; Local Bankruptcy Rule 9020-1] |
| | Date: NO HEARING SCHEDULED<br>Time:<br>Ctrm: 303 |

| In re: Troy John Angold and Catherine Elaine Angold | Chapter 7 |
| | Case No. 07-18859-PC |
| Debtor(s). | |

## Amended PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

P.O. Box 789, Pacific Palisades, Ca 90272

The foregoing document described as Notice of Motion and Motion for Order Requiring HFC_Beneficial, HSBC Finance Corporation, Michael Whalen and Tiffany Riddick to appear and Show Cause why they should not be held in Contempt for Violating 11 U.S.C. § 362(A)(3)(6); Memorandum of Points and Authorities and Declarations of Michael R. Totaro, Troy Angold and Catherine Angold in Support Thereof will be served or was served in the manner indicated below:

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On June 21, 2008 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail and/or with an overnight mail service addressed as follows:

X Service information continued on attached page

**SERVED BY FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies), who consented in writing to such service method, by facsimile transmission and/or email as follows:

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6/21/2008 | Michael R. Totaro | |
| Date | Type Name | Signature |

Mr. Christopher R. Barclay
600 Anton Blvd., #1350
Costa Mesa, CA 92626

United States Trustee
Attn: Elizabeth A. Lossing
3685 Main St., Suite 300
Riverside, CA 92501

HFC-Beneficial
Attn: Officer
841 Seahawk Circle
Virginia Beach, CA 93452

HFC-Beneficial
Attn: Managing or General Agent
841 Seahawk Circle
Virginia Beach, CA 93452

HFC-Beneficial
Attn: Person Authorized to Accept Service
841 Seahawk Circle
Virginia Beach, CA 93452

HFC- Beneficial
Attn: Officer
941 Corporate Center Dr.
Pomona, CA 91768

HFC- Beneficial
Attn: Managing or General Agent
941 Corporate Center Dr.
Pomona, CA 91768

HFC- Beneficial
Attn: Person authorized to accept service
941 Corporate Center Dr.
Pomona, CA 91768

HFC- Beneficial
Attn: Managing or general Agent
P.O. Box 60108
City of Industry, CA 91716

HFC- Beneficial
Attn: Officer
P.O. Box 60108
City of Industry, CA 91716

HFC- Beneficial
Attn: Person Authorized to accept service
P.O. Box 60108
City of Industry, CA 91716

HSBC
Attn: Officer
P.O. Box 5213
Carol Stream, IL 60197

HSBC
Attn: Managing or General Agent
P.O. Box 5213
Carol Stream, IL 60197

HSBC
Attn: Person Authorized to accept service
P.O. Box 5213
Carol Stream, IL 60197

HFC-Beneficial
Attn: Officer
P.O. Box 8633
Elmhurst, IL 60197

HFC-Beneficial
Attn: Managing or General Agent
P.O. Box 8633
Elmhurst, IL 60197

HFC-Beneficial
Attn: Person Authorized to accept service
P.O. Box 8633
Elmhurst, IL 60197

Marc T. Domeyer
Mikes, Bauer, Bergstrom, etc.
1665 Scenic Ave., #200
Costa Mesa, CA 92626