Michael R. Totaro 102229
Totaro & Shanahan
P.O. Box 789
Pacific Palisades, CA 90272
310 573 0276 (v)
310 496 1260 (f)

Attorneys For Debtors
Troy & Catherine Angold

IN THE UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

In re

TROY JOHN ANGOLD and
CATHERINE ELAINE ANGOLD

Debtor.

Case No. 6:07-BK-18859-PC

Chapter 7

WITHDRAWAL OF DOCUMENTS
FILED UNDER DOCKET NUMBERS
27 AND 29

Debtors Troy and Catherine Angold, through counsel of record, Michael R. Totaro, hereby withdraw the items filed under docket numbers 27 and 29 as improperly filed.

Totaro & Shanahan

Dated: June 26, 2008

_____
Michael R. Totaro