UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA


FILED
JUL 2 3 2008
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

BANKRUPTCY MINUTES - CHAPTER 7 MOTIONS

CASE NO. RS07-18859 PC  DATE 07/23/08
CHAPTER 7

TITLE TROY JOHN ANGOLD AND CATHERINE ELAINE ANGOLD

HRG. ON ORDER TO SHOW CAUSE RE: CONTEMPT

Hon. Peter H. Carroll, Bankruptcy Judge

Attorney(s) for Moving Party: Michael Jatern

Attorney(s) for Responding Party: None

( ) **Granted**

   ( ) Tentative / Final Ruling is the final order of the Court.

   ( ) Based on findings of fact and conclusions of law made on the record.

( ) **Denied**

   ( ) Tentative / Final Ruling is the final order of the Court.

   ( ) Based on findings of fact and conclusions of law made on the record.

( ) **Stipulation.** Stipulation by the parties with respect to the relief sought to be filed with the court within 7 days.

(X) **Continuance.** Hearing on the motion is continued to August 13, 2008 at 10:30 a.m./p.m.

( ) **Off Calendar.**

(X) **Other.** Respondents default entered. Conduct evidentiary hearing as to damages & fees

Revised 1/3/03