UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA


FILED
AUG 13 2008
CLERK U S BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
        Deputy Clerk

BANKRUPTCY MINUTES - CHAPTER 7 MOTIONS

CASE NO. RS07-18859 PC          DATE 8/13/08
CHAPTER 7

TITLE TROY JOHN ANGOLD AND CATHERINE ELAINE ANGOLD

HRG. ON ORDER TO SHOW CAUSE RE CONTEMPT

Hon. Peter H. Carroll, Bankruptcy Judge

Attorney(s) for Moving Party          Attorney(s) for Responding Party

Michael R. Totaro                     None

(X) **Granted**

   ( ) Tentative / Final Ruling is the final order of the Court.

   (X) Based on findings of fact and conclusions of law made on the record.

( ) **Denied**

   ( ) Tentative / Final Ruling is the final order of the Court.

   ( ) Based on findings of fact and conclusions of law made on the record.

( ) **Stipulation.** Stipulation by the parties with respect to the relief sought to be filed with the court within 7 days.

( ) **Continuance.** Hearing on the motion is continued to _____, at _____ a.m./p.m.

( ) **Off Calendar.**

(X) **Other.**
   Legal fees — $8,100.—
   Costs — $161.78
   Punitive Damages — $18,000

Revised 1/3/03