```
Michael R. Totaro 102229
Totaro & Shanahan
P.O. Box 789
Pacific Palisades, CA 90272
310 573 0276 (v)
310 496 1260 (f)

Attorneys For Debtors
Troy & Catherine Angold
```

IN THE UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>TROY JOHN ANGOLD and<br>CATHERINE ELAINE ANGOLD<br><br>Debtor. | Case No. 6:07-BK-18859-PC<br><br>Chapter 7<br><br>NOTICE OF SATISFATION OF CONTEMPT ORDER<br><br>[ |

**PLEASE TAKE NOTICE** that respondent, HSBC has fully paid the sanctions imposed by this court pursuant to the court's order of August 13, 2008.

Dated: April 1, 2008

Totaro & Shanahan

By: _____
Michael R. Totaro
Attorneys for Debtors
Troy and Catherine Angold

1

## PROOF OF SERVICE

II. BY MAIL:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is P.O. Box 789, Pacific Palisades, CA 90272.

On September 2, 2008 I served the foregoing document described as a Notice of Satisfaction of OSC re Sanctions on Interested Parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope with fully prepaid postage thereon, in the United States mail at Los Angeles, California, addressed as follows:

United States Trustee
Attn. Terri E. Hawkins-Anderson
3685 Main St. #3300
Riverside, CA 92501
(Electronic Service)

Gregory S. Korman
Katten, Muchin, Rosenmann LLP
16029 Century Park East #2600
Los Angeles, CA 90067

Mr. Christopher R. Barclay
600 Anton Blvd., #1350
Costa Mesa, CA 92626
(Electronic Service)

Mr. Troy J. Angold
Ms. Catherine E. Angold
P.O. Box 293586
Phelan, CA 92323

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed on September 2, 2008, at Los Angeles, California.

*[signature]*